PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Dajuan Copeland-Hudley             Cr.: 20-0034-001
                                                                                                  PACTS #: 6425653

Name of Sentencing Judicial Officer:     THE HONORABLE JOHN MICHAEL VAZQUEZ
                                                              UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/11/2020

Original Offense:   Unlawful Transport of Firearms, 18 U.S.C.; Section 922(g)(1)

Original Sentence: 15 months imprisonment, 36 months supervised release

Special Conditions: $100 Special Assessment, Substance Abuse Testing and Treatment, Gang Associate/Member, Mental Health Treatment, Life Skills/Education, Motor Vehicle Compliance

Type of Supervision: Supervised Release                  Date Supervision Commenced: 08/27/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>       <u>Nature of Noncompliance</u>

     1                The offender has violated the special supervision condition which states **'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'**

                             During an initial home visit on August 31, 2020, the offender admitted to using marijuana just prior to his release from custody. On October 8, 2020, Copeland-Hudley provided a urine sample which tested positive for Oxy and marijuana. The offender subsequently admitting to using marijuana and Oxycodone on October 3, 2020.

Prob 12A – page 2
Dajuan Copeland-Hudley

U.S. Probation Officer Action:

No official Court action is recommended at this time. A copy of this letter will be provided to Copeland-Hudley and will serve as an official written reprimand. The offender is now attending treatment at The Bridge. Additionally, he was verbally reprimanded by Judge Dickson during a ReNew Court session on October 21, 2020. Any further noncompliance with be reported to Your Honor in a timely manner.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   KEVIN P. EGLI
Sr. U.S. Probation Officer

/ kpe

APPROVED:

LUIS R. GONZALEZ            Date    10-27-20
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

10/27/2020
Date